UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY HARRA, | No. 2:19-cv-2233 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file an amended complaint. Plaintiff states he has no access to the law library due to the COVID-19 pandemic. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 16) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: April 23, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/harr2233.36(2)