UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY HARRA, | No. 2:19-cv-2233 TLN KJN P |
| Plaintiff, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner, proceeding pro se. On July 22, 2020, the court referred this case to the post-screening ADR project and stayed the case pending an initial settlement conference. After the case was scheduled for such settlement conference, plaintiff's request to continue the settlement conference was granted. On December 22, 2020, the settlement conference was rescheduled for March 16, 2021, at 9:00 a.m. The courtroom deputy for the settlement judge attempted to reach plaintiff by phone a few weeks before the settlement conference, but no one answered. On March 12, 2021, the court texted a reminder about the settlement conference to plaintiff at the phone number plaintiff provided to probation, 626-923-8978. Plaintiff did not respond, and did not call into the settlement conference on March 16, 2021, or otherwise contact the court to inquire about how to join the settlement conference.

////

1

Plaintiff is required to attend hearings, settlement conferences or otherwise, scheduled by the court, and may be sanctioned for his failure to do so. Fed. R. Civ. P. 16(f). Plaintiff was reminded of his obligations in connection with the settlement conference on two separate occasions. (ECF Nos. 31, 34 ("Each party is reminded of the requirement that it be represented at the settlement conference by a person with full settlement authority. See Local Rule 270."))

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Id. Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the date of this order, plaintiff shall show cause for his failure to appear at the March 16, 2021 settlement conference, and demonstrate why he should not be sanctioned for such failure. Plaintiff is cautioned that failure to respond to this order may be construed as his lack of prosecution of this action, warranting a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: March 17, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/harr2233.ftapp

2